## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

| | | |
|---|---|---|
| DAN WILKINSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **No. 09-CV-02479-JWL-DJW** |
| | ) | |
| vs. | ) | **STIPULATION OF** |
| | ) | **DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| CENTRAL PORTFOLIO CONTROL, | ) | |
| | ) | **Fed. R. Civ. P. 41(a)(1** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAN WILKINSON and Defendant, CENTRAL PORTFOLIO CONTROL, stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DAN WILKINSON, against Defendant, CENTRAL PORTFOLIO CONTROL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 8, 2010          KROHN & MOSS, LTD.

*/s/ Patrick Cuezze*
Patrick Cuezze
400 SW Longview, Suite 280
Lee's Summit, Missouri 64081
Telephone:  (816) 931-0911
Facsimile:   (800) 856-5312
Email:  pcuezze@egancuezze.com
Attorney for Plaintiff,
DAN WILKINSON

DOCS-397590.1

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE, No. 09-CV-02479-JWL-DJW**

Dated: February 8, 2010          SLAGLE, BERNARD & GORMAN, P.C.


*/s/ Rod Hoffman*_____
Rod Hoffman    #13075
4600 Madison Avenue, Suite 600
Kansas City, Missouri 64112-3012
Telephone (816) 410-4600
Fax (816) 561-4498
Email:  rhoffman@sbg-law.com
Attorney for Defendant,
CENTRAL PORTFOLIO CONTROL