UNITED STATES DISTRICT COURT,
DISTRICT OF KANSAS
KANSAS CITY

| | | |
|---|---|---|
| DAN WILKINSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **No. 09-CV-02479-JWL-DJW** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | **OF DISMISSAL** |
| | ) | |
| CENTRAL PORTFOLIO CONTROL, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2010

                                                          s/ John W. Lungstrum

                                                          The Honorable John W. Lungstrum
                                                          United States District Judge
                                                           ksd_lungstrum_chambers@ksd.uscourts.gov